United States District Court
Northern District of California

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11   LEON E. MORRIS,                         Case No. 14-cv-01731-WHO (PR)

                Plaintiff,
12
                                             **ORDER OF DISMISSAL**
13       v.

14   JOHN DOE,

                Defendant.
15

16

17       This action was opened in error, and is hereby DISMISSED with prejudice.  No

18   filing fee is due.  The Clerk shall enter judgment in favor of defendant, and close the file.

19       **IT IS SO ORDERED.**

20   **Dated:**  May 8, 2014

21                                           _____
                                             WILLIAM H. ORRICK
22                                           United States District Judge

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


IN RE LEON E. MORRIS,

              Plaintiff,

  v.

JOHN DOE,

              Defendant.

_____/

Case Number: CV14-01731 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 8, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.


Leon E. Morris P54809
California State Prison-Sacramento
P.O. Box 290066
Represa, CA 95671-0029


Dated: May 8, 2014

                                 Richard W. Wieking, Clerk
                                 By: Jean Davis, Deputy Clerk